NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert D Serpa, | No. CV-21-01024-PHX-SRB (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Mark Hasz, et al., | |
| Defendants. | |

Plaintiff Albert Serpa filed a Prisoner Civil Rights Complaint on June 11, 2021. On November 24, 2021, the Magistrate Judge issued a Rule 16 Preliminary Scheduling Order. In that Order the parties were ordered to file Individual Case Management Reports by December 24, 2021.  Two Orders to Show Cause issued, and Plaintiff still failed to file his Individual Case Management Report.

The Magistrate Judge filed his Report and Recommendation on February 23, 2022 recommending that this action be dismissed without prejudice. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

1. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 32)

**IT IS FURTHER ORDERED** dismissing this case without prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 29th day of March, 2022.

Susan R. Bolton
United States District Judge